UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CORNERTRADE, LLC,

    Plaintiff,

  v.

DMI FURNITURE, INC., et al.,

    Defendants.

Case No. 5:16-cv-01930-EJD

**ORDER TO SHOW CAUSE**

On May 26, 2016, the Clerk issued a notice which scheduled a Case Management Conference on September 1, 2016, and required the parties to file a Joint Case Management Conference Statement on or before August 25, 2016.  Dkt. No. 11.  As of the date and time this order was filed, however, the court has not received a statement from any party, joint or otherwise.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute.  If Plaintiff does not, by **4:00 p.m. on August 29, 2016**, file or cause to be filed a case management conference statement which conforms to the undersigned's applicable Standing Order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: August 26, 2016

                                          EDWARD J. DAVILA
                                          United States District Judge